IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

RAID FARIA,

      Plaintiff,

                                  Case No.:

vs.

HOME DEPOT USA, INC.,        Div.:

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now, the Plaintiff, RAID FARIA, by and through undersigned counsel, hereby sues the Defendant, HOME DEPOT USA, INC., and in support thereof alleges the following:

## JURISDICTION AND VENUE

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00), exclusive of pre-judgment interest, court costs and attorney's fees.

2. At all times material herein, Plaintiff, RAID FARIA, was and is a resident of Hillsborough County, Florida.

3. At all times material herein, Defendant, HOME DEPOT USA, INC., was and is a Georgia Corporation lawfully conducting business in Florida.

4. On or about April 17, 2020, Defendant, HOME DEPOT USA, INC., owned, occupied, controlled and/or was in possession of property located at 8815 N. Florida Avenue, Tampa, FL 33604.

5. On or about April 17, 2020, Plaintiff, RAID FARIA, was at 8815 N. Florida Avenue, Tampa, FL 33604 as a business invitee of Defendant, HOME DEPOT USA, INC.

6. Jurisdiction is proper in the THIRTEENTH Judicial Circuit in and for HILLSBOROUGH County, Florida.

7. All conditions precedent to this action have occurred, have been performed or have been waived.

**GENERAL ALLEGATIONS**

8. On or about April 17, 2020, and for an unreasonable period of time prior thereto, Defendant, HOME DEPOT USA, INC., negligently maintained the property located at 8815 N. Florida Avenue, Tampa, FL 33604 by allowing the wet and slippery floor to remain on the property which created a defective and dangerous condition.

9. The above-described defective and dangerous condition was unknown to Plaintiff, RAID FARIA.

10. Defendant, HOME DEPOT USA, INC., had a duty to maintain the subject property in a reasonably safe condition and breached that duty by failing to do so or warning Plaintiff, RAID FARIA, of the existence of the above-described dangerous condition.

11. As a result of the above-described negligence and resulting dangerous and defective condition, Plaintiff, RAID FARIA, on the above-described condition and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.

WHEREFORE, Plaintiff, RAID FARIA, sues Defendant, HOME DEPOT USA, INC., and demands judgement for damages in an amount exceeding Thirty Thousand Dollars, exclusive of costs, against the Defendant, HOME DEPOT USA, INC., and for such other relief as this Honorable Court deems appropriate under the circumstances.

## **Demand for Jury Trial**

Plaintiff, RAID FARIA, demands a trial by jury as a matter of right.

DATED May 25, 2021.

/s/ MISTY MORGAN VIANNA, ESQ.
MISTY MORGAN VIANNA, ESQ.
FBN: 95219
Kemp, Ruge & Green Law Group
11567 Trinity Boulevard
Trinity, FL 34655
Phone: 727-847-4878
Fax: 727-375-7300
service@krglawgroup.com
ATTORNEY FOR PLAINTIFF